UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M. WILSON, ) | 1:07-CV-1317 OWW GSA HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. ) | |
| ) | |
| KATHY MENDOZA-POWERS, Warden, ) | |
| ) | |
| Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

    IT IS SO ORDERED.

Dated:   **November 14, 2007**                      /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE