# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M. WILSON, | 1:07-cv-01317 OWW GSA HC |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
|     v. | [Doc. #11] |
| KATHY MENDOZA-POWERS, Warden, | ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |
|     Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 24, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On October 27, 2008, Petitioner filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections. Even accepting arguendo

the alleged "mistakes" in facts concerning whether the victim was believed by Petitioner to be armed and the social history circumstances, the BPT had valid reasons in addition to the circumstances of the offense of conviction to deny parole.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 24, 2008, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. The Clerk of Court is DIRECTED to enter judgment; and

4. As this petition challenges a parole decision, a certificate of appealability is not required. Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

IT IS SO ORDERED.

**Dated:   November 12, 2008**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE